# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EUGENE DARRYL MCKNIGHT

NO. 2026 KW 0191

**JUNE 1, 2026**

---

In Re:   Eugene Darryl McKnight, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 4389-F-2025.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the bill of information, the transcript of the hearing on the motion to reduce bond, and the State's opposition to the motion. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before August 3, 2026. Any future filing on the issues presented herein must include the entire contents of this application, the missing items noted above, and a copy of this ruling. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.